# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

SHIPPING and TRANSIT, LLC,

        Plaintiff,

**Case No. 16-CV-80796**

vs.

INCUBOOM, INC. d/b/a
BAXTERBOO.COM,

        Defendant.
_____/

## **STIPULATED DISMISSAL WITH PREJUDICE**

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure the Plaintiff Shipping & Transit, LLC ("Plaintiff") and Defendant Incuboom, Inc. d/b/a Baxterboo.com ("Defendant") have agreed to settle, adjust, and compromise all claims and counterclaims between Plaintiff and Defendant in the above-captioned action. Plaintiff and Defendant therefore stipulate to dismiss all claims in this proceeding by Plaintiff against Defendant WITH PREJUDICE and all claims in this proceeding by Defendant against Plaintiff as moot.

    Plaintiff and Defendant further move the Court to order that all costs and expense relating to this litigation (including attorneys' fees and expenses) shall be borne solely by the party incurring the same.

Respectfully submitted,

| | |
|---|---|
| */s/ Jason P. Dollard* | */s/Eleanor T. Barnett, Esq.* |
| FBN: 0649821 | FBN: |
| jdollard@LrEvansPa.com; jdollard@jpdesq.com | ebarnett@hellerwaldman.com |
| Leslie Robert Evans & Associates, PA | Heller Waldman, PL |
| 214 Brazilian Avenue, Suite 200 | 3250 Mary Street, Suite 102 |
| Palm Beach, FL 33480 | Coconut Grove, FL 33133 |
| Telephone: (561) 832-8322 | Telephone: (305) 448-4144 |
| Facsimile: (561) 832-5722 | Facsimile: (305) 448-4155 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |